AMENDED

**Fill in this information to identify your case:**

Debtor 1: Amit Gauri
First Name    Middle Name    Last Name

Debtor 2: _____
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Northern District of Illinois

Case number (If known): 21-03680

☑ Check if this is an amended filing

## Official Form 104

### For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:   List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.**

**Unsecured claim**

**1**

Parent Petroleum, Inc.
Creditor's Name

c/o James Sowka, Seyfarth Shaw LLP
Number    Street

233 S. Wacker Dr., Ste 8000

Chicago        IL    60606-6448
City    State    ZIP Code

Contact

_____
Contact phone

What is the nature of the claim? 02/17/2021 Agreed Judgment

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☐ No
☑ Yes. Total claim (secured and unsecured):  $2,894,808.68
   Value of security:  − $0.00  (term life insurance policy)
   Unsecured claim:  $2,894,808.68

$2,894,808.68

**2**

Peter Mancini
Creditor's Name

28W165 Belleau Dr.
Number    Street

Winfield        IL    60190
City    State    ZIP Code

Contact

_____
Contact phone

What is the nature of the claim? Monies Loaned / Advanced

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
   Value of security:  − $_____
   Unsecured claim:  $_____

$2,300,000.00

AMENDED

Debtor 1: Amit Gauri (First Name / Middle Name / Last Name)

Case number (*if known*): 21-03680

| | Creditor | Nature of the claim | Unsecured claim |
|---|---|---|---|
| 3 | PNC Bank, National Association<br>Peter G. Shaw, The PNC Financial Servi<br>1900 East 9th Street, Locator B7-YB13-2<br>Cleveland OH 44114<br>Contact:<br>Contact phone: | **What is the nature of the claim?** Guaranty of Business Loan<br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☑ None of the above apply<br>**Does the creditor have a lien on your property?**<br>☑ No<br>Yes. Total claim (secured and unsecured): $<br>Value of security: $<br>Unsecured claim | $2,062,466.00 |
| 4 | Mark Reckling<br>10301 Enterprise Way<br>Sturtevant WI 53177<br>Contact:<br>Contact phone: | **What is the nature of the claim?** Monies Loaned / Advanced<br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☑ None of the above apply<br>**Does the creditor have a lien on your property?**<br>☑ No<br>☐ Yes. Total claim (secured and unsecured): $<br>Value of security: - $<br>Unsecured claim $ | $250,000.00 |
| 5 | Chicago & Vicinity Laborers' District Cou<br>11465 Cermak Rd.<br>Westchester IL 60154<br>Contact:<br>Contact phone: | **What is the nature of the claim?** Guaranty of Contributions<br>**As of the date you file, the claim is:** Check all that apply.<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☐ None of the above apply<br>**Does the creditor have a lien on your property?**<br>☑ No<br>☐ Yes. Total claim (secured and unsecured): $<br>Value of security: - $<br>Unsecured claim $ | $200,000.00 |
| 6 | JP Morgan Chase Auto<br>PO Box 901003<br>Fort Worth TX 76101<br>Contact:<br>Contact phone: | **What is the nature of the claim?** Guaranty of Auto Loan<br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☑ None of the above apply<br>**Does the creditor have a lien on your property?**<br>☑ No<br>☐ Yes. Total claim (secured and unsecured): $<br>Value of security: - $<br>Unsecured claim $ | $88,261.00 |
| 7 | Richard Donofrio<br>75 NE 5th Avenue - Unit P<br>Delray Beach FL 33483<br>Contact:<br>Contact phone: | **What is the nature of the claim?** Monies Loaned / Advanced<br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☑ None of the above apply<br>**Does the creditor have a lien on your property?**<br>☑ No<br>☐ Yes. Total claim (secured and unsecured): $<br>Value of security: - $<br>Unsecured claim $ | $33,000.00 |

29

**AMENDED**

Debtor 1  Amit Gauri
         First Name  Middle Name  Last Name

Case number (*if known*) 21-03680

**Unsecured claim**

**8** Tiferet Properties, LLC - Series E
Creditor's Name

2210 Jackson St., Unit#404
Number    Street

San Francisco    CA    94115
City             State  ZIP Code

Contact

Contact phone

What is the nature of the claim? Residential lease ($6,400.00 monthly)   $ 33,000.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):   $_____
       Value of security:                   − $_____
       Unsecured claim                        $_____

**9** Apple Credit Card/Goldman Sachs
Creditor's Name

Salt Lake City Branch
Number    Street

Lockbox 6112, PO Box 7247

Philadelphia    PA    19170
City            State  ZIP Code

Contact

Contact phone

What is the nature of the claim? Credit Card Debt   $ 15,113.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):   $_____
       Value of security:                   − $_____
       Unsecured claim                        $_____

**10** _____
Creditor's Name

_____
Number    Street

_____

_____    ____    _____
City                State   ZIP Code

Contact

Contact phone

What is the nature of the claim? _____   $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
       Value of security:                   − $_____
       Unsecured claim                        $_____

**11** _____
Creditor's Name

_____
Number    Street

_____

_____    ____    _____
City                State   ZIP Code

Contact

Contact phone

What is the nature of the claim? _____   $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
       Value of security:                   − $_____
       Unsecured claim                        $_____

**12** _____
Creditor's Name

_____
Number    Street

_____

_____    ____    _____
City                State   ZIP Code

Contact

Contact phone

What is the nature of the claim? _____   $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
       Value of security:                   − $_____
       Unsecured claim                        $_____

AMENDED

Debtor 1  Amit  Gauri
      First Name   Middle Name   Last Name

Case number (*if known*) 21-03680

**Unsecured claim**

**13**
Creditor's Name
Number  Street
City  State  ZIP Code
Contact
Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed
❏ None of the above apply

**Does the creditor have a lien on your property?**
❏ No
❏ Yes. Total claim (secured and unsecured):  $_____
    Value of security:  − $_____
    Unsecured claim  $_____

$_____

**14**
Creditor's Name
Number  Street
City  State  ZIP Code
Contact
Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed
❏ None of the above apply

**Does the creditor have a lien on your property?**
❏ No
❏ Yes. Total claim (secured and unsecured):  $_____
    Value of security:  − $_____
    Unsecured claim  $_____

$_____

**15**
Creditor's Name
Number  Street
City  State  ZIP Code
Contact
Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed
❏ None of the above apply

**Does the creditor have a lien on your property?**
❏ No
❏ Yes. Total claim (secured and unsecured):  $_____
    Value of security:  − $_____
    Unsecured claim  $_____

$_____

**16**
Creditor's Name
Number  Street
City  State  ZIP Code
Contact
Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed
❏ None of the above apply

**Does the creditor have a lien on your property?**
❏ No
❏ Yes. Total claim (secured and unsecured):  $_____
    Value of security:  − $_____
    Unsecured claim  $_____

$_____

**17**
Creditor's Name
Number  Street
City  State  ZIP Code
Contact
Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed
❏ None of the above apply

**Does the creditor have a lien on your property?**
❏ No
❏ Yes. Total claim (secured and unsecured):  $_____
    Value of security:  − $_____
    Unsecured claim  $_____

$_____

Debtor 1  Amit  Gauri
_____
First Name   Middle Name   Last Name

Case number *(if known)* 21-03680
_____

|  | Unsecured claim |
|---|---|

**18**

Creditor's Name _____

Number    Street _____

_____

City    State    ZIP Code

Contact _____

Contact phone _____

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed
❑ None of the above apply

**Does the creditor have a lien on your property?**
❑ No
❑ Yes. Total claim (secured and unsecured):    $_____
   Value of security:   − $_____
   Unsecured claim    $_____

$_____

---

**19**

Creditor's Name _____

Number    Street _____

_____

City    State    ZIP Code

Contact _____

Contact phone _____

**What is the nature of the claim?** _____

$_____

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed
❑ None of the above apply

**Does the creditor have a lien on your property?**
❑ No
❑ Yes. Total claim (secured and unsecured):    $_____
   Value of security:   − $_____
   Unsecured claim    $_____

---

**20**

Creditor's Name _____

Number    Street _____

_____

City    State    ZIP Code

Contact _____

Contact phone _____

**What is the nature of the claim?** _____

$_____

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed
❑ None of the above apply

**Does the creditor have a lien on your property?**
❑ No
❑ Yes. Total claim (secured and unsecured):    $_____
   Value of security:   − $_____
   Unsecured claim    $_____

32

Official Form 104    **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 5

Case 21-03680    Doc 13    Filed 03/24/21    Entered 03/24/21 13:50:11    Desc Main
Document    Page 6 of 7

AMENDED

Debtor 1  Amit  Gauri
First Name   Middle Name   Last Name

Case number *(if known)* 21-03680

### Part 2: Sign Below

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

✘ /s/ Amit Gauri
Signature of Debtor 1

Date 03/23/2021
MM / DD / YYYY

✘ _____
Signature of Debtor 2

Date 03/23/2021
MM / DD / YYYY

AMENDED

| Debtor 1 | Amit Gauri | Case number *(if known)* 21-03680 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

# Part 2: Sign Below

Under penalty of perjury, I declare that the information provided in this form is true and correct.

✘ /s/ Amit Gauri
Signature of Debtor 1

✘
Signature of Debtor 2

Date 03/23/2021
MM / DD / YYYY

Date 03/23/2021
MM / DD / YYYY