UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| **Amit Gauri,** | ) | Case No. **21-03680** |
| | ) | |
| | ) | |
| Debtor. | ) | Honorable Janet S. Baer |

**NOTICE OF MEETING OF CREDITORS**
**TO BE CONDUCTED TELEPHONICALLY**

PLEASE TAKE NOTICE that the Meeting of Creditors is scheduled for **Tuesday, April 27, 2021, at 1:30 p.m.**  PLEASE ALSO NOTE THAT THE MEETING WILL BE CONDUCTED TELEPHONICALLY.  PARTIES WISHING TO PARTICIPATE IN THE MEETING MUST CALL THE FOLLOWING NUMBER AND ENTER THE FOLLOWING PASSCODE WHEN PROMPTED TO DO SO:

Tel.   866-820-6676
Passcode   3369855

**PARTIES WILL ONLY BE ABLE TO PARTICIPATE IN THE MEETING OF CREDITORS BY PHONE.  NO PERSONAL APPEARANCES ARE PERMITTED.**

PATRICK S. LAYNG
U. S. TRUSTEE

*/s/ M. Gretchen Silver*
M. Gretchen Silver, Trial Attorney
United States Department of Justice
Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, Illinois 60604
(312) 353-5054

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| **Amit Gauri,** | ) | Case No. **21-03680** |
| | ) | |
| | ) | |
| Debtor. | ) | Honorable Janet S. Baer |

## CERTIFICATE OF SERVICE

I, M. Gretchen Silver, Trial Attorney, state that on March 24, 2021, the **Notice of Meeting of Creditors to be Conducted Telephonically** was filed and served on all parties, either via the Court's Electronic Notice for Registrants or via U.S. First Class Mail, prepaid, as indicated below.

*/s/ M. Gretchen Silver*

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

Paul M Bauch     pbauch@bmlawllc.com
Kenneth A. Michaels     kmichaels@bmlawllc.com
Carolina Y. Sales     csales@bmlawllc.com
James B. Sowka     jsowka@seyfarth.com

**Parties Served via U.S. First Class Mail:**

*See Attached Exhibit A Declaration of Mailing/Certificate of Service*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>AMIT GAURI | CASE NO: 21-03680<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 3/24/2021, I did cause a copy of the following documents, described below,

Notice of Telephonic Chapter 11 Section 341 Meeting

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/24/2021

/s/ M. Gretchen Silver
M. Gretchen Silver   6204419
Trial Attorney
OFFICE OF THE UNITED STATES TRUSTEE
219 S DEARBORN STREET
CHICAGO, IL  60604
202 503 7104

**UST - EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>AMIT GAURI | CASE NO: 21-03680<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11 |

On 3/24/2021, a copy of the following documents, described below,

Notice of Telephonic Chapter 11 Section 341 Meeting

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/24/2021

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
M. Gretchen Silver
OFFICE OF THE UNITED STATES TRUSTEE
219 S DEARBORN STREET
CHICAGO, IL  60604

**UST - EXHIBIT A**

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

| | | |
|---|---|---|
| CASE INFO<br><br>  LABEL MATRIX FOR LOCAL NOTICING<br>07521<br>CASE 21-03680<br>NORTHERN DISTRICT OF ILLINOIS<br>EASTERN DIVISION<br>WED MAR 24 11-35-38 CDT 2021 | ~~EXCLUDE~~<br><br>~~US BANKRUPTCY COURT~~<br>~~EASTERN DIVISION~~<br>~~219 S DEARBORN~~<br>~~7TH FLOOR~~<br>~~CHICAGO IL 60604-1702~~ | ANGELA STORY<br>BERRIEN COUNTY ASSESSOR<br>8916 M-140<br>BERRIEN CENTER MI 49102-9748 |
| APPLE CREDIT CARDGOLDMAN SACHS<br>SALT LAKE CITY BRANCH<br>LOCKBOX 6112 PO BOX 7247<br>PHILADELPHIA PA 19170-0001 | BLACK DOG CHICAGO LLC<br>4226 LAWNDALE AVE<br>LYONS IL 60534-1132 | CHICAGO  VICINITY LABORERS DISTRICT C<br>11465 CERMAK RD<br>WESTCHESTER IL 60154-5768 |
| DAVID GRAHAM<br>2472 EMERALD LANE<br>LIBERTYVILLE IL 60046-7595 | FORESTVIEW MANAGEMENT LLC<br>320 NEAPOLITAN WAY<br>NAPLES FL 34103-8558 | HERITAGE FS INC<br>1381 S CRESCENT<br>UNIT 2<br>GILMAN IL 60938-6128 |
| HERITAGE FS INC<br>1381 S CRESCENT DRIVE<br>PO BOX 339<br>GILMAN IL 60938-0339 | HERITAGE FS INC<br>CO JOHN A LIPINSKY ESQ<br>2300 CABOT DR SUITE 500<br>LISLE IL 60532-4612 | INDER GAURI<br>1611 W ROSEHILL AVE<br>CHICAGO IL 60660-4017 |
| JP MORGAN CHASE AUTO<br>PO BOX 901003<br>FORT WORTH TX 76101-2003 | JP MORGAN CHASE BANK NA HOME LENDING<br>3415 VISION DRIVE OH47214<br>COLUMBUS OH 43219-6009 | JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| JENNIFER GRAHAM GAURI<br>330 W CONCORD PL<br>CHICAGO IL 60614-5702 | MARK RECKLING<br>10301 ENTERPRISE WAY<br>STURTEVANT WI 53177-1956 | PNC BANK NATIONAL ASSOCIATION<br>BRADLEY M KRIESCHEN<br>ONE NORTH FRANKLIN<br>CHICAGO IL 60606-3423 |
| PNC BANK NATIONAL ASSOCIATION<br>PETER G SHAW THE PNC FINANCIAL SERVICE<br>1900 EAST 9TH STREET LOCATOR B7-YB13-22<br>CLEVELAND OH 44114-3484 | PNC BANK NATIONAL ASSOCIATION<br>CO MARTIN J WASSERMAN ESQ<br>216 S JEFFERSON ST STE 504<br>CHICAGO IL 60661-5698 | CM/ECF E-SERVICE<br>(+) PARENT PETROLEUM INC<br>3340 WEST MAIN STREET<br>ST CHARLES IL 60175-1011 |
| CM/ECF E-SERVICE<br>(+) PARENT PETROLEUM INC<br>CO JAMES SOWKA SEYFARTH SHAW LLP<br>233 S WACKER DR STE 8000<br>CHICAGO IL 60606-6448 | CM/ECF E-SERVICE<br>(+) PARENT PETROLEUM INC<br>CO SEYFARTH SHAW LLP<br>233 SOUTH WACKER DRIVE 8000<br>CHICAGO IL 60606-6448 | PETER MANCINI<br>28W165 BELLEAU DR<br>WINFIELD IL 60190-1723 |
| RICHARD DONOFRIO<br>75 NE 5TH AVENUE  UNIT P<br>DELRAY BEACH FL 33483-5489 | TIFERET PROPERTIES LLC    SERIES E<br>2210 JACKSON ST UNIT404<br>SAN FRANCISCO CA 94115-1308 | TIFERET PROPERTIES LLC    SERIES E<br>CO COGENCY GLOBAL INC REGISTERED AGEN<br>600 SOUTH SECOND ST SUITE 404<br>SPRINGFIELD IL 62704-2542 |

**UST - EXHIBIT A**

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CM/ECF E-SERVICE

 (+) AMIT GAURI                      CAROLINA Y SALES                 KENNETH A MICHAELS JR
 330 WEST CONCORD PLACE               BAUCH  MICHAELS LLC              BAUCH  MICHAELS LLC
 CHICAGO IL 60614-5702                53 W JACKSON BLVD                53 WEST JACKSON BLVD
                                      SUITE 1115                       SUITE 1115
                                      CHICAGO IL 60604-3566            CHICAGO IL 60604-3566


CM/ECF E-SERVICE

 (+) PATRICK S LAYNG                  PAUL M BAUCH
 OFFICE OF THE US TRUSTEE REGION 11   BAUCH  MICHAELS LLC
 219 S DEARBORN ST                    53 WEST JACKSON BOULEVARD STE 1115
 ROOM 873                             CHICAGO IL 60604-3566
 CHICAGO IL 60604-2027
```

## UST - EXHIBIT A

ADDRESSES WHERE EMAIL ADDRESSES DO NOT SERVE IN A CM/ECF E-SERVICE THROUGH THE UNITED STATES BANKRUPTCY COURT'S
NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM.

| (Creditor) | (U.S. Trustee) | Carolina Y. Sales |
|---|---|---|
| Parent Petroleum Inc. | Patrick S Layng | Bauch & Michaels, LLC |
| represented by: | Office of the U.S. Trustee, Region 11 | 53 W Jackson Blvd |
| James B. Sowka | 219 S Dearborn St | Suite 1115 |
| Seyfarth Shaw LLP | Room 873 | Chicago, IL 60604 |
| 233 S. Wacker Drive | Chicago, IL 60604 | |
| Suite 8000 | | csales@bmlawllc.com |
| Chicago, IL 60606 | USTPRegion11.ES.ECF@usdoj.gov | |
| jsowka@seyfarth.com | | |

Kenneth A. Michaels, Jr
Bauch & Michaels, LLC
53 West Jackson Blvd.
Suite 1115
Chicago, IL 60604

kmichaels@bmlawllc.com

Amit Gauri
330 West Concord Place
Chicago, IL 60614
(Debtor 1)
represented by:
Paul M Bauch
Bauch & Michaels LLC
53 West Jackson Boulevard Ste 1115
Chicago, IL 60604

pbauch@bmlawllc.com

**UST - EXHIBIT A**