UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| **Amit Gauri,** | ) | Case No. **21-03680** |
| | ) | |
| | ) | |
| Debtor. | ) | Honorable Janet S. Baer |

**NOTICE OF CONTINUED MEETING OF CREDITORS
TO BE CONDUCTED TELEPHONICALLY**

PLEASE TAKE NOTICE that the Continued Meeting of Creditors is scheduled for **Wednesday, May 26, 2021, at 2:30 p.m.** **PLEASE ALSO NOTE THAT THE MEETING WILL BE CONDUCTED TELEPHONICALLY. PARTIES WISHING TO PARTICIPATE IN THE MEETING MUST CALL THE FOLLOWING NUMBER AND ENTER THE FOLLOWING PASSCODE WHEN PROMPTED TO DO SO:**

Tel.   866-820-6676
Passcode   3369855

**PARTIES WILL ONLY BE ABLE TO PARTICIPATE IN THE MEETING OF CREDITORS BY PHONE.  NO PERSONAL APPEARANCES ARE PERMITTED.**

PATRICK S. LAYNG
U. S. TRUSTEE

*/s/ M. Gretchen Silver*
M. Gretchen Silver, Trial Attorney
United States Department of Justice
Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, Illinois 60604
(312) 353-5054

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| **Amit Gauri,** | ) | Case No. **21-03680** |
| | ) | |
| | ) | |
| Debtor. | ) | Honorable Janet S. Baer |

## CERTIFICATE OF SERVICE

I, M. Gretchen Silver, Trial Attorney, state that on May 11, 2021, the **Notice of Meeting of Creditors to be Conducted Telephonically** was filed and served on all parties, either via the Court's Electronic Notice for Registrants or via U.S. First Class Mail, prepaid, as indicated below.

/s/ M. Gretchen Silver

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

Paul M Bauch     pbauch@bmlawllc.com
Kenneth A. Michaels     kmichaels@bmlawllc.com
Carolina Y. Sales     csales@bmlawllc.com
James B. Sowka     jsowka@seyfarth.com
Micah R Krohn     mkrohn@fgllp.com
John A Lipinsky     lipinsky@ccmlawyer.com
Todd J Ruchman     amps@manleydeas.com
Martin J Wasserman     mwasserman@carlsondash.com
Paul Yovanic Jr.     pyovanic@seyfarth.com

**Parties Served via U.S. First Class Mail:**

*See Attached Exhibit A Declaration of Mailing/Certificate of Service*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>AMIT GAURI | CASE NO: 21-03680<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 5/11/2021, I did cause a copy of the following documents, described below,

NOTICE OF CONTINUED TELEPHONIC 341 MEETING

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/11/2021

/s/ M. Gretchen Silver
M. Gretchen Silver   6204419
Trial Attorney
OFFICE OF THE UNITED STATES TRUSTEE
219 S DEARBORN STREET
CHICAGO, IL  60604
202 503 7104

**UST - EXHIBIT A**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| IN RE: | CASE NO: 21-03680 |
|---|---|
| AMIT GAURI | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
|  | Chapter: 11 |

On 5/11/2021, a copy of the following documents, described below,

NOTICE OF CONTINUED TELEPHONIC 341 MEETING

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/11/2021

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
M. Gretchen Silver
OFFICE OF THE UNITED STATES TRUSTEE
219 S DEARBORN STREET
CHICAGO, IL  60604

**UST - EXHIBIT A**

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | | | EXCLUDE |
|---|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING 07521 CASE 21-03680 NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION TUE MAY 11 14-10-57 CDT 2021 | HERITAGE FS INC JOHN A LIPINSKY ESQ CLINGEN CALLOW MCLEAN LLP 2300 CABOT DRIVE SUITE 500 LISLE IL 60532-4612 | | US BANKRUPTCY COURT EASTERN DIVISION 219 S DEARBORN 7TH FLOOR CHICAGO IL 60604-1702 |

ANGELA STORY
BERRIEN COUNTY ASSESSOR
8916 M-140
BERRIEN CENTER MI 49102-9748

APPLE CREDIT CARDGOLDMAN SACHS
SALT LAKE CITY BRANCH
LOCKBOX 6112 PO BOX 7247
PHILADELPHIA PA 19170-0001

BLACK DOG CHICAGO LLC
4226 LAWNDALE AVE
LYONS IL 60534-1132

CHICAGO VICINITY LABORERS DISTRICT C
11465 CERMAK RD
WESTCHESTER IL 60154-5768

DAVID GRAHAM
2472 EMERALD LANE
LIBERTYVILLE IL 60046-7595

FAEGRE DRINKER BIDDLE REACH LLP
ATTN DAN COLLINS
191 N WACKER 3700
CHICAGO IL 60606-1615

FORESTVIEW MANAGEMENT LLC
320 NEAPOLITAN WAY
NAPLES FL 34103-8558

HERITAGE FS INC
1381 S CRESCENT
UNIT 2
GILMAN IL 60938-6128

HERITAGE FS INC
1381 S CRESCENT DRIVE
PO BOX 339
GILMAN IL 60938-0339

HERITAGE FS INC
CO JOHN A LIPINSKY ESQ
2300 CABOT DR SUITE 500
LISLE IL 60532-4612

INDER GAURI
1611 W ROSEHILL AVE
CHICAGO IL 60660-4017

JP MORGAN CHASE AUTO
PO BOX 901003
FORT WORTH TX 76101-2003

JP MORGAN CHASE BANK NA HOME LENDING
3415 VISION DRIVE OH47214
COLUMBUS OH 43219-6009

JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

JPMORGAN CHASE BANK NA
NATIONAL BANKRUPTCY DEPARTMENT
PO BOX 29505 AZ1-5757
PHOENIX AZ 85038-9505

JPMORGAN CHASE BANK NA
CO MANLEY DEAS KOCHALSKI LLC
PO BOX 165028
COLUMBUS OH 43216-5028

JENNIFER GRAHAM GAURI
330 W CONCORD PL
CHICAGO IL 60614-5702

MARK RECKLING
10301 ENTERPRISE WAY
STURTEVANT WI 53177-1956

PNC BANK NATIONAL ASSOCIATION
BRADLEY M KRIESCHEN
ONE NORTH FRANKLIN
CHICAGO IL 60606-3423

PNC BANK NATIONAL ASSOCIATION
PETER G SHAW THE PNC FINANCIAL SERVICE
1900 EAST 9TH STREET LOCATOR B7-YB13-22
CLEVELAND OH 44114-3484

PNC BANK NATIONAL ASSOCIATION
CO MARTIN J WASSERMAN ESQ
216 S JEFFERSON ST STE 504
CHICAGO IL 60661-5698

CM/ECF E-SERVICE
(+) PARENT PETROLEUM INC
3340 WEST MAIN STREET
ST CHARLES IL 60175-1011

CM/ECF E-SERVICE
(+) PARENT PETROLEUM INC
CO JAMES SOWKA SEYFARTH SHAW LLP
233 S WACKER DR STE 8000
CHICAGO IL 60606-6448

CM/ECF E-SERVICE
(+) PARENT PETROLEUM INC
CO SEYFARTH SHAW LLP
233 SOUTH WACKER DRIVE 8000
CHICAGO IL 60606-6448

## UST - EXHIBIT A

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

PETER MANCINI                          RICHARD DONOFRIO                       TIFERET PROPERTIES LLC    SERIES E
28W165 BELLEAU DR                      75 NE 5TH AVENUE   UNIT P              2210 JACKSON ST UNIT404
WINFIELD IL 60190-1723                 DELRAY BEACH FL 33483-5489             SAN FRANCISCO CA 94115-1308


                                       CM/ECF E-SERVICE
TIFERET PROPERTIES LLC    SERIES E     (+) AMIT GAURI                         CAROLINA Y SALES
CO COGENCY GLOBAL INC REGISTERED AGEN  330 WEST CONCORD PLACE                 BAUCH   MICHAELS LLC
600 SOUTH SECOND ST SUITE 404          CHICAGO IL 60614-5702                  53 W JACKSON BLVD
SPRINGFIELD IL 62704-2542                                                     SUITE 1115
                                                                              CHICAGO IL 60604-3566


                                       CM/ECF E-SERVICE
KENNETH A MICHAELS JR                  (+) PATRICK S LAYNG                    PAUL M BAUCH
BAUCH   MICHAELS LLC                   OFFICE OF THE US TRUSTEE REGION 11     BAUCH   MICHAELS LLC
53 WEST JACKSON BLVD                   219 S DEARBORN ST                      53 WEST JACKSON BOULEVARD STE 1115
SUITE 1115                             ROOM 873                               CHICAGO IL 60604-3566
CHICAGO IL 60604-3566                  CHICAGO IL 60604-2027
```

## UST - EXHIBIT A

ADDRESSES WHERE EMAIL ADDRESSES DOES NOT APPEAR WERE SERVED VIA U.S. MAIL. E-SERVICE THROUGH THE UNITED STATES BANKRUPTCY COURT'S
NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM.

Paul Yovanic Jr.
Seyfarth Shaw LLP
233 S. Wacker Dr., Ste. 8000
Chicago, IL 60606

pyovanic@seyfarth.com

(Creditor)
Parent Petroleum Inc.
represented by:
James B. Sowka
Seyfarth Shaw LLP
233 S. Wacker Drive
Suite 8000
Chicago, IL 60606

jsowka@seyfarth.com

(Creditor)
PNC Bank, National Association
represented by:
Martin J Wasserman
Carlson Dash, LLC
216 S. Jefferson Street
Suite 504
Chicago, IL 60661

mwasserman@carlsondash.com

(U.S. Trustee)
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

USTPRegion11.ES.ECF@usdoj.gov

(Creditor)
JPMorgan Chase Bank, National
Association
represented by:
Todd J Ruchman
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216

amps@manleydeas.com

(Creditor)
Heritage FS, Inc.
John A. Lipinsky, Esq.
Clingen Callow & McLean, LLP
2300 Cabot Drive; Suite 500
Lisle, IL 60532
represented by:
John A Lipinsky
Clingen, Callow & McLean, LLC
2300 Cabot Drive
Suite 500
Lisle, IL 60532

lipinsky@ccmlawyer.com

Carolina Y. Sales
Bauch & Michaels, LLC
53 W Jackson Blvd
Suite 1115
Chicago, IL 60604

csales@bmlawllc.com

Kenneth A. Michaels, Jr
Bauch & Michaels, LLC
53 West Jackson Blvd.
Suite 1115
Chicago, IL 60604

kmichaels@bmlawllc.com

Amit Gauri
330 West Concord Place
Chicago, IL 60614
(Debtor 1)
represented by:
Paul M Bauch
Bauch & Michaels LLC
53 West Jackson Boulevard Ste 1115
Chicago, IL 60604

pbauch@bmlawllc.com

(Interested Party)
Frances Gecker, as Chapter 11 trustee
of Black Dog Chicago, LLC
represented by:
Micah R Krohn
FrankGecker LLP
1327 W. Washington Boulevard
Suite 5G-H
Chicago, IL 60607

mkrohn@fgllp.com

## UST - EXHIBIT A