IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Amit Gauri, | ) | Case No. 21-03680 |
| | ) | |
| Debtor. | ) | Hon. Janet S. Baer |

## TRUSTEE'S WITNESS & EXHIBIT LIST

Catherine Steege, not individually but as Chapter 7 Trustee (the "**Trustee**") for the estate of Amit Gauri (the "**Debtor**") identifies the following individuals as witnesses and exhibits for the hearing (the "**Evidentiary Hearing**") on the Debtor's *Motion to Compel Trustee to Abandon Property, or Alternatively Determine Exemptions* (Dkt. 298):

## WITNESSES

Apart from cross-examination of witnesses called by any other party, the Trustee may call any witness listed on the witness list of Amit Gauri, or any other party present at the Evidentiary Hearing.

## TRUSTEE'S EXHIBITS (TRUSX)

The Trustee may offer any of the following documents as exhibits:

TRUSX 1     Black Dog Petroleum Position on Proposed Decertification, dated 01/06/2023.

TRUSX 2     Black Dog Foods Position on Proposed Decertification, dated 01/06/2023.

TRUSX 3     Black Dog Petroleum, LLC Preliminary Statement of Financial Position, dated 12/31/2022.

TRUSX 4     Black Dog Foods, LLC Preliminary Statement of Financial Position, dated 12/31/2022).

TRUSX 5     AGPD Paving, LLC (d/b/a Cardi Asphalt and Paving) Preliminary Statement of Financial Position, dated 12/31/2022.

TRUSX 6     Debtor's List of Customer Contracts and Budgeted Revenue Basis.

| | |
|---|---|
| TRUSX 7 | OlsonUbben LLC Convertible Debt Term Sheet. |
| TRUSX 8 | Debtor in Possession Loan Term Sheet, dated 06/27/2022. |
| TRUSX 9 | Email from Paul Bauch to Martin Wasserman regarding Black Dog Auction, dated 02/15/2022. |
| TRUSX 10 | Chase Bank Wire Transfer Outgoing Request from Kenneth Michaels to Clingen Callow & McLean, LLC, dated 02/15/2022. |
| TRUSX 11 | Letter from Dinsmore & Shohl LLP to the City of Chicago re Reinstatement of Black Dog Foods, LLC, Black Dog Petroleum, LLC, and Black Dog Solutions, LLC MBE Certification, dated 02/17/2022. |
| TRUSX 12 | Inder Gauri Chase Bank Check $150,000.00 Pay to the Order of Bauch & Michaels Trust, dated 09/27/2021. |
| TRUSX 13 | Parent Petroleum's Exhibit entitled "M/W/VBE Certification Directory." |
| TRUSX 14 | Amit Gauri 2022 W-2 and Earnings Summary. |
| TRUSX 15 | Employment Agreement Between AGPD Paving, LLC and Amit Gauri. |
| TRUSX 16 | Transcript of 341 Meeting re Amit Gauri, held on 04/27/2021. |
| TRUSX 17 | Transcript of 341 Meeting re Amit Gauri, held on 12/15/2022. |
| TRUSX 18 | Transcript of 341 Meeting re Amit Gauri, held on 02/23/2023. |

The Trustee reserves the right to offer any documents offered by Amit Gauri or any other party.

The Trustee reserves the right to offer any documents produced by Amit Gauri or any other party or third-party before the Evidentiary Hearing which have not been produced by March 3, 2023.

The Trustee reserves the right to use any document, whether offered as an exhibit or not, for impeachment or to refresh a witness recollection.

The Trustee reserves the right to use for demonstrative purposes summaries or similar demonstrative exhibits based on any documents offered or entered into evidence or produced by any party or third-party.

Dated: March 3, 2023

Respectfully Submitted,

/s/ *Catherine Steege*

*Catherine Steege, not individually but as Chapter 7 Trustee for the bankruptcy estate of Ami Gauri*

Catherine Steege (6183529)
Angela M. Allen (6295519)
**JENNER & BLOCK, LLP**
353 N. Clark Street
Chicago, Illinois 60654-3456
PH: 312/923-2952
FAX: 312/840-7352
csteege@jenner.com
aallen@jenner.com

*Counsel to the Chapter 7 Trustee*