# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Amit Gauri, | ) | Case No. 21-03680 |
| | ) | |
| Debtor. | ) | Hon. Janet S. Baer |

## NOTICE OF AMENDMENT TO TURNOVER MOTION

Catherine Steege, in her capacity as the chapter 7 trustee (the "**Trustee**") for the estate of Amit Gauri (the "**Debtor**"), hereby amends her *Motion for Turnover of Property of the Estate* (the "**Turnover Motion**") [Dkt. 450] and her *Combined Reply in Support of Motion for Turnover and Her Objection to Debtor's Claimed Exemption in Post-Petition Wages* (the "**Turnover Reply**") [Dkt. 494]. In support thereof, the Trustee respectfully states as follows:

1. On August 29, 2023, the Trustee filed her Turnover Motion seeking an order requiring the Debtor to turn over certain property of the estate. (Dkt. 450.)

2. On October 2, 2023, the Debtor filed his *Combined Response to Trustee's Motion for Turnover of Property of the Estate and Objection to Debtor's Claimed Exemption in Post-Petition Wages.* [Dkt. 473.] On December 19, 2023, the Trustee filed her Turnover Reply. [*See* Dkt. 494.]

3. On February 6, 2024, the Court held a status hearing and requested that the parties confer regarding the Turnover Motion. Following discussions with the Debtor's counsel about the Excel chart the Debtor provided setting forth when he received certain amounts from his various companies and what period those amounts covered (attached as Exhibit A to Turnover Motion, Dkt. 450), the Trustee determined that the wages the Debtor earned during the chapter 11 case but received after his case was converted to a case under chapter 7 was not $302,284.71 as set forth in the Turnover Motion but was $105,362.84. Accordingly, the Trustee seeks to amend her Turnover

Motion and Turnover Reply to request recovery of $105,362.84 in wages earned during the chapter 11 case that were not received until after the case converted.

4. To assist the Court, the Trustee also submits her *Summary of Relief Sought in Trustee's Motion for Turnover of Property of the Estate*, attached hereto as **Exhibit A**. This Summary details: (i) each asset the Trustee seeks and whether it is a pre-petition asset or an asset that became part of the estate during the Debtor's chapter 11 case; (ii) whether there is a dispute over an exemption; and (iii) when the Debtor received the asset and what the Trustee seeks to recover from the Debtor.

Dated: February 23, 2024

Respectfully submitted,

Catherine Steege, not individually but as chapter 7 trustee for the estate of Amit Gauri

By: /s/ *Catherine Steege*
        One of her Attorneys

Catherine Steege (6183529)
Angela M. Allen (6295519)
Breana K. Drozd (6338918)
**JENNER & BLOCK LLP**
353 N. Clark Street
Chicago, Illinois 60654-3456
PH:   312/923-2952
FAX:  312/840-7352
csteege@jenner.com
aallen@jenner.com
bdrozd@jenner.com

# CERTIFICATE OF SERVICE

      I, Catherine Steege, the undersigned attorney, hereby certify that on February 23, 2024, I caused a copy of the ***Notice of Amendment to Turnover Motion*** to be filed via the Court's ECF system and by U.S. Mail as indicated below.

                                                  /s/ *Catherine Steege*
                                                  Catherine Steege

## SERVICE LIST

**VIA ECF NOTIFICATION:**

| | |
|---|---|
| Patrick S. Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Paul M Bauch | pbauch@bmlawllc.com |
| Abraham Brustein | abrustein@robbinsdimonte.com, jtronina@robbinsdimonte.com |
| Amy N. Carollo | amyc@chilpwf.com, fundcounsel@gmail.com; taniam@chilpwf.com; vedranaa@chilpwf.com |
| David DeCelles | David.decelles@usdoj.gov |
| Frances Gecker | fgecker@fgllp.com, csmith@fgllp.com |
| Joshua D. Greene | jgreene@springerbrown.com, aoloughlin@springerbrown.com |
| Micah R Krohn | mkrohn@fgllp.com, csmith@fgllp.com, mmatlock@fgllp.com, csucic@fgllp.com |
| John A Lipinsky | lipinsky@ccmlawyer.com; haskell@ccmlawyer.com; hoekstra@ccmlawyer.com |
| Kenneth A. Michaels | kmichaels@bmlawllc.com; smohan@bmlawllc.com; ecf@lakelaw.com; 5552@notices.nextchapterbk.com |
| Todd J Ruchman | amps@manleydeas.com |
| Carolina Y. Sales | csales@bmlawllc.com; smohan@bmlawllc.com; 5241@notices.nextchapterbk.com |
| M. Gretchen Silver | ustpregion11.es.ecf@usdoj.gov; Gretchen.silver@usdoj.gov |
| James B. Sowka | jsowka@seyfarth.com; bankruptcydocket@seyfarth.com, jmcmanus@seyfarth.com; Jennifer-McManus-1834@ecf.pacerpro.com; 3913483420@filings.docketbird.com |
| Patrick T. Wallace | patrickw@chilpwf.com; fundcounsel@gmail.com; vedranaa@chilpwf.com |
| Martin J Wasserman | mwasserman@carlsondash.com; knoonan@carlsondash.com |
| Paul Yovanic Jr. | pyovanic@taftlaw.com; hfarrell@taftlaw.com |

**VIA US MAIL:**

Patrick S. Layng
Office of the United States Trustee
219 S Dearborn Street, Room 873
Chicago, IL 60604

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn, 7th Floor
Chicago, IL 60604-1702

Paul M. Bauch
Carolina Y. Sales
Kenneth A. Michaels Jr.
BAUCH & MICHAELS LLC
53 W Jackson Blvd, Ste 1115
Chicago, IL 60604

Amit Gauri
330 West Concord Place
Chicago, IL 60614

Inder Gauri
c/o Robbins DiMonte, Ltd.
216 W Higgins Road
Park Ridge, IL 60068-5706

Laborers' Pension Fund and Laborers Office
of Fund Counsel
111 W Jackson Blvd, Ste 1415
Chicago, IL 60604-3868

Mansfield Oil Company of Gainesville, Inc.
c/o Thompson, O'Brien, Kappler, & Nasuti
2 Sun Court, Ste 400
Peachtree Corners, GA 30092

AGPD Paving, LLC
4226 Lawndale
Lyons, IL 60534-1132

Angela Story
Berrien County Assessor
8916 M-140
Berrien Center, MI 49102-9748

Apple Credit Card/Goldman Sachs
Salt Lake City Branch
Lockbox 6112, PO Box 7247
Philadelphia, PA 19170-0001

Berrien County Treasurer
701 Main St
St Joseph, MI 49085-1316

Black Dog Chicago, LLC
4226 Lawndale Ave
Lyons, IL 60534-1132

Chicago & Vicinity Laborers' District C
11465 Cermak Rd
Westchester, IL 60154-5768

Daniel Greenman & Co
17W775 Butterfield Rd, Ste 114
Oakbrook Terrace, IL 60181-4524

David Graham
2472 Emerald Lane
Libertyville, IL 60046-7595

Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Dan Collins
Timothy Casey
Faegre Drinker Biddle & Reach LLP
191 N Wacker, Ste 3700
Chicago, IL 60606-1615

Forestview Management, LLC
320 Neapolitan Way
Naples, FL 34103-8558

Forestview Management, LLC
Attn: John F. Harris
2250 Southwind Blvd
Bartlett, IL 60103-1304

Guerard, Kalina & Butkus
Attn: Richard Guerard
310 S County Farm Road, Ste H
Wheaton, IL 60187-2409

Heritage FS, Inc.
PO Box 339
1381 S Crescent, Unit 2
Gilman, IL 60938-6128

Illinois Department of Revenue
Bankruptcy Unit
PO Box 19035
Springfield, IL 62794-9035

Inder Gauri
1611 W Rosehill Ave
Chicago, IL 60660-4017

JPMorgan Chase Bank N A
Bankruptcy Mail Intake Team
700 Kansas Lane Floor 01
Monroe, LA 71203-4774

JP Morgan Chase Bank, N.A. Home Lending
3415 Vision Drive OH4-7214
Columbus, OH 43219-6009

JPMorgan Chase Bank, N.A.
c/o Manley Deas Kochalski LLC
PO Box 165028
Columbus, OH 43216-5028

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Ste 100
Boca Raton, FL 33487-2853

Jennifer Graham Gauri
330 W Concord Pl
Chicago, IL 60614-5702

Mark Reckling
10301 Enterprise Way
Sturtevant, WI 53177-1956

PNC Bank, National Association
Bradley M. Krieschen
One North Franklin
Chicago, IL 60606-3423

United States Trustee
U.S. Trustee Payment Center
PO Box 70937
Charlotte, NC 28272

PNC Bank, National Association
Peter G. Shaw, The PNC Financial Serv
1900 East 9th Street
Locator B7-YB13-22-8
Cleveland, OH 44114-3404

Parent Petroleum, Inc.
3340 West Main Street
St. Charles, IL 60175-1011

Peter Mancini
28W165 Belleau Drive
Winfield, IL 60190-1723

Patrick Dillon
Cardi Asphalt
4226 Lawndale
Lyons, IL 60534-1132

Richard Donofrio
75 NE 5th Avenue – Unit P
Delray Beach, FL 33483-5489

3

The Chicago Area Laborers-Employers
Cooperation and Education Trust
11465 Cermak Road
Westchester, IL 60154-5768

The Chicago Area Independent
Construction Association Fund Industry
11465 Cermak Road
Westchester, IL 60154-5768

Tiferet Properties, LLC – Series E
c/o Cogency Global Inc., registered agent
600 South Second Street, Ste 404
Springfield, IL 62704-2542

The Laborers' District Council
Labor-Management Cooperation Committee
11465 Cermak Road
Westchester, IL 60154-5768

Tiferet Properties, LLC – Series E
2210 Jackson Street, Unit 404
San Francisco, CA 94115-1308