**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Amit Gauri, | ) | Case No. 21-03680 |
| | ) | |
| Debtor. | ) | Hon. Janet S. Baer |

**NOTICE OF OBJECTION**

TO:  SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that Catherine Steege, chapter 7 Trustee for the estate of Amit Gauri, objects to the *Debtor's Motion to Compel Trustee to Abandon Property* (Dkt. 522, the "**Motion**"), and respectfully requests that the Motion be called on the presentment date, which is Tuesday, March 26, 2024 at 10:00 a.m. CT.

Dated: March 20, 2024

Respectfully submitted,

Catherine Steege, not individually but as chapter 7 trustee for the estate of Amit Gauri

By: /s/ *Catherine Steege*
        One of her Attorneys

Catherine Steege (6183529)
Angela M. Allen (6295519)
Breana K. Drozd (6338918)
**JENNER & BLOCK LLP**
353 N. Clark Street
Chicago, Illinois 60654-3456
PH:     312/923-2952
FAX:   312/840-7352
csteege@jenner.com
aallen@jenner.com
bdrozd@jenner.com

# CERTIFICATE OF SERVICE

I, Catherine Steege, the undersigned attorney, hereby certify that on March 20, 2024, I caused a copy of the Trustee's *Notice of Objection* to be filed via the Court's ECF system and served on the counsel listed below as indicated below.

/s/ *Catherine Steege*
Catherine Steege

## SERVICE LIST

**VIA ECF NOTIFICATION:**

| | |
|---|---|
| Patrick S. Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Paul M Bauch | pbauch@bmlawllc.com |
| Abraham Brustein | abrustein@robbinsdimonte.com, jtronina@robbinsdimonte.com |
| Amy N. Carollo | amyc@chilpwf.com, fundcounsel@gmail.com; taniam@chilpwf.com; vedranaa@chilpwf.com |
| David DeCelles | David.decelles@usdoj.gov |
| Frances Gecker | fgecker@fgllp.com, csmith@fgllp.com |
| Joshua D. Greene | jgreene@springerbrown.com, aoloughlin@springerbrown.com |
| Micah R Krohn | mkrohn@fgllp.com, csmith@fgllp.com, mmatlock@fgllp.com, csucic@fgllp.com |
| John A Lipinsky | lipinsky@ccmlawyer.com; haskell@ccmlawyer.com; hoekstra@ccmlawyer.com |
| Kenneth A. Michaels | kmichaels@bmlawllc.com; smohan@bmlawllc.com; ecf@lakelaw.com; 5552@notices.nextchapterbk.com |
| Todd J Ruchman | amps@manleydeas.com |
| Carolina Y. Sales | csales@bmlawllc.com; smohan@bmlawllc.com; 5241@notices.nextchapterbk.com |
| M. Gretchen Silver | ustpregion11.es.ecf@usdoj.gov; Gretchen.silver@usdoj.gov |
| James B. Sowka | jsowka@seyfarth.com; bankruptcydocket@seyfarth.com, jmcmanus@seyfarth.com; Jennifer-McManus-1834@ecf.pacerpro.com; 3913483420@filings.docketbird.com |
| Patrick T. Wallace | patrickw@chilpwf.com; fundcounsel@gmail.com; vedranaa@chilpwf.com |
| Martin J Wasserman | mwasserman@carlsondash.com; knoonan@carlsondash.com |
| Paul Yovanic Jr. | pyovanic@taftlaw.com; hfarrell@taftlaw.com |