UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) Case Number: 21-03680
)
AMIT GAURI, ) Chapter: 7
)
) Honorable Janet S. Baer
)
)
Debtor(s) )

## ORDER OVERRULING PARENT PETROLEUM, INC.'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTION IN REAL PROPERTY LOCATED AT 7957 BARBARA'S WAY, SAWYER, MICHIGAN

This matter came before the Court on July 23, 2024 on the Objection ("Exemption Objection") to the Debtor's Claim of Exemption in the real property located at 7957 Barbara's Way, Sawyer, Michigan (the "Michigan Property") filed by Parent Petroleum, Inc. ("Parent") [Dkt. No. 45], the Court's Order Overruling in Part Parent's Objection to the Debtor's Claim of Exemption in the Michigan Property [Dkt. No. 78], and the Debtor's Motion for an Order Involuntarily Dismissing Parent's Objection to Exemption of the Michigan Property with Prejudice [Dkt. No. 610]. In light of the Court's approval of Chapter 7 Trustee Catherine Steege's Motion to Approve Compromise or Settlement Per Rule 9019 with the Debtor and Bauch & Michaels LLC, et al. [Dkt. No. 612] and for the reasons stated on the record,

IT IS HEREBY ORDERED THAT:

Parent's Exemption Objection with respect to the Michigan Property is OVERRULED.

Enter:

*Janet S. Baer*

United States Bankruptcy Judge

Dated: July 23, 2024

**Prepared by:**

James B. Sowka
Illinois Bar No. 6291998
Seyfarth Shaw LLP
233 South Wacker Drive
Suite 8000
Chicago, IL 60606