**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 21 B 03680 |
| | ) | |
| AMIT GAURI, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| PARENT PETROLEUM, INC., | ) | Adversary No. 21 A 00106 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AMIT GAURI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER GRANTING PARENT PETROLEUM, INC.'S MOTION FOR**
**SUMMARY JUDGMENT ON COUNTS 1, 2, AND 3**

This cause came to be heard on the motion of Parent Petroleum, Inc. ("Parent") for summary judgment on Counts 1 through 4 of the adversary complaint filed by Parent against debtor-defendant Amit Gauri (ECF No. 44). Having considered the relevant documents and exhibits, the arguments of the parties, and the applicable law, and for the reasons stated in the Court's Memorandum Opinion entered on this date,

IT IS HEREBY ORDERED that Parent's motion for summary judgment on Counts 1, 2, and 3 of the complaint is granted, and Gauri's discharge is denied under 11 U.S.C. §§ 727(a)(2), (a)(3), (a)(4), and (a)(7). Summary judgment is denied as to Count 4.

Dated:  **September 30, 2024**          **ENTERED:**

_Janet S. Baer_

_____
Janet S. Baer
United States Bankruptcy Judge